Certificate Number: 18132-NJ-CC-034523485



18132-NJ-CC-034523485

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 3, 2020, at 4:41 o'clock PM MST, JAMES MISSRY received from $$$$$Simple Class, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of New Jersey, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 3, 2020            By:   /s/Laura Hauptman

                                Name: Laura Hauptman

                                Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).